**LaMONICA HERBST & MANISCALCO, LLP**
*Counsel to Marianne T. O'Toole, as Trustee*
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: (516) 826-6500
David A. Blansky, Esq.
Salvatore LaMonica, Esq.
Holly R. Holecek, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
In re:                                                         Chapter 7

MICHAEL P. D'ALESSIO, <u>et</u> <u>al.</u>,                    Case No.: 18-22552 (RDD)
                                                               (Jointly Administered)
                    Debtors.
---------------------------------------------------------------------x
MARIANNE T. O'TOOLE, Solely in Her Capacity as
Chapter 7 Trustee of the Estate of Michael Paul
Enterprises LLC,
                                                               Adv. Pro. No.: 20-06274 (RDD)
                    Plaintiff,

     -against-

MAGNOLIA CONSULTING, LLC, IRENE D'ALESSIO,
and RONALD D'ALESSIO,

                    Defendants.
---------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ss:
COUNTY OF NASSAU      )

CHRISTINE VITIELLO, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Nassau County, New York.

1

On June 5, 2020, deponent served the **SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING** and **COMPLAINT** by First Class Mail upon the parties listed below at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York.

TO: **Magnolia Consulting, LLC**
The Limited Liability Company
12 Water Street, Suite 204
White Plains, New York 10601
Attn.: Irene D'Alessio and Ronald D'Alessio, Members, or Other Member or Agent
Authorized to Accept Service of Process

**Magnolia Consulting, LLC**
c/o Irene D'Alessio and Ronald D'Alessio, Members
55 North Broadway, Apt. 2-9
White Plains, New York 10601

**Irene D'Alessio**
55 North Broadway, Apt. 2-9
White Plains, New York 10601

**Ronald D'Alessio**
55 North Broadway, Apt. 2-9
White Plains, New York 10601

Courtesy copy to:

**Sanford Rosen, Esq.**
Rosen & Associates, PC
747 Third Avenue
New York, New York 10017-2803

              *s/ Christine Vitiello*
              Christine Vitiello

Sworn to before me 5th day of June 2020

*s/ Melanie A. FitzGerald*
Melanie A. FitzGerald
Notary Public, State of New York
No. 02FI4841188
Qualified in Nassau County
Commission Expires December 31, 2021